IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:96-CR-00263-01-JMM

JOHNNY WOODSON

### ORDER

Pending is Defendant's Motion for a Reduction of Sentence and Appointment of Counsel (Doc. No. 233).

With a total offense level of 42 and criminal history score of III, Defendant's original guideline range was 360 to life. He was sentenced to 360 months in 1998.[1]

Under the latest retroactive amended Sentencing Guidelines, Defendant's base offense level is reduced to 36, because he is responsible for 25,549.7 kgs of marijuana equivalent.[2] However, his total offense level is 40,[3] and with a criminal history category of III , Defendant's guideline range remains unchanged at 360 months to life.

Accordingly, Defendant's Motion for a Reduction of Sentence and Appointment of Counsel (Doc. No. 233). is DENIED.

IT IS SO ORDERED this 31st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 137.

[2] See page 29 of the United States Sentencing Commission's "Reader-Friendly" Version of the Final 2011 Guideline Amendment Implementing the Fair Sentencing Act, *available at*: http://www.ussc.gov/Legal/Amendments/Reader-Friendly/20110428_RF_Amendments_Final.pdf

[3] Defendant received a 4-level enhancement under U.S.S.G. § 3B1.1(a) because he was the leader and organizer of a criminal activity involving five or more participants.